IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IBRAHIM SHALASH, | § § § | |
| Petitioner, | § § | |
| v. | § § | CAUSE NO. EP-26-CV-476-KC |
| PAM BONDI et al., | § § § | |
| Respondents. | § § | |

**ORDER**

On this day, the Court considered the case. Shalash alleges that he has been detained by Immigration and Customs Enforcement ("ICE") in the post removal order context since June 2025, and that he cannot be removed because none of the countries for which he would be a candidate for removal will accept him. Pet ¶¶ 12, 16, ECF No. 1. Thus, the Court found "Shalash likely meets his burden of providing 'good reason to believe that there is no significant likelihood of removal in the reasonably foreseeable future.'" Feb. 18, 2026, Show Cause Order 2–3 (citation omitted), ECF No. 2. And ordered Respondents to rebut this showing by either demonstrating that Shalash's removal is likely in the reasonably foreseeable future or deporting him. *Id.* at 3.

Respondents have filed a Response, ECF No. 7. Respondents state that "Shalash is a Stateless Palestinian individual born in Israel" who arrived to the United States in 2024 and has been detained since. Resp. Ex. A ("Molina Decl.") ¶¶ 6–7, ECF No. 7-1. Shalash has been subject to a final order of removal since July 2, 2025. *Id.* ¶ 9. On September 10, 2025, Enforcement and Removal Operations ("ERO") "completed pre-removal checks and forward Shalash's file to the Israeli consulate for vetting." *Id.* ¶ 11. Then, on November 4, Shalash

asked if he could be removed to Mexico, but Mexico did not accept him. *Id.* ¶ 12.  On January 26, 2026, the Palestinian Authority issued a valid passport, which is pending "processing through the Israeli government." *Id.* ¶ 13.  Thus, Respondents expect "no impediments to removing [Shalash] to Israel and subsequently through its border" as soon as ERO receives approval from the Israeli government. *Id.* ¶ 16.  And Shalash "should be close to the top of the waiting list for approval." *Id.* ¶ 15.  Because it appears that Respondents are taking some steps to effectuate Shalash's removal, the Court does not yet find that there is no significant likelihood of doing so in the reasonably foreseeable future.  However, Respondents are cautioned that they must continue to take concrete steps towards removing Shalash.

Accordingly, Respondents are **ORDERED** to **FILE** a status report, by <u>**no later than April 3, 2026**</u>, detailing:

(1) Whether the Israeli government has approved Shalash's travel,

(2) What obstacles remain in effectuating Shalash's removal, and

(3) The anticipated timeline for Shalash's removal from the United States.

**SO ORDERED**.

**SIGNED this 3rd day of March, 2026.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE

2